**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

U.S. DISTRICT COURT

MAY -3 PM 2: 30

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | CR 407-002 |
| TERRY LEE STARR | ) | |
| | ) | |

## ORDER

This Court previously granted Defendant's Motion for Determination of Defendant's

Mental Competency. As such, Defendant is currently undergoing said evaluation. There

appearing to be a need for additional time to conduct the evaluation,

IT IS HEREBY ORDERED that Defendant's Psychiatric Examination be extended for a

period of thirty (30) days from the date of this Order.

SO ORDERED this _8_ day of MAY, 2007.

HON. B. AVANT EDENFIELD
JUDGE,
UNITED STATES DISTRICT COURT

Order Prepared by:
Brian F. McEvoy
Assistant United States Attorney
Georgia Bar No. 490845



April 18, 2007

The Honorable B. Avant Edenfield
United States District Judge
Southern District of Georgia, Savannah Division
125 Bull Street, Room 116
Savannah, GA 31401

Re:     STARR, Terry Lee
        Case No. CR407-002
        Reg. No. 13042-021

Dear Judge Edenfield:

Your court order, dated March 26, 2007, committed Terry Lee Starr to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242, to determine his competence to stand trial and mental state at the time of the alleged offense. Mr. Starr arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on April 13, 2007. Pursuant to Title 18, United States Code, Section 4247, in addition to the evaluation period of 45 days beginning the day he arrived at our facility, due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us an additional 30 days to complete the evaluation. Under such a time frame, the evaluation would be completed by June 27, 2007, and a report would be available to the Court by July 25, 2007.

If you concur with our request, please fax us a new order at (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Stephen M. Dewalt
Warden