FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV -1 AM 9:26

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  407CR002

TERRY LEE STARR

### ORDER

Before the Court is the Magistrate Judge's (MJ) Report and Recommendation (R&R) advising this Court to deny defendant Terry Lee Starr's 18 U.S.C. §§ 4241-42's mental competency (time of crime, and to stand trial) motion. *See, e.g., U.S. v. Thompson*, 2007 WL 2480066 at * 5 (M.D.Fla. 8/28/07) (unpublished) ("By reason of his mental retardation, Defendant is not competent to stand trial for the crimes alleged, and there is no reasonable prospect that he ever will be"). The MJ conducted a 10/26/07 hearing and recommends that the Court find Starr competent to stand trial. Doc. # 26 at 5.

Normally, Starr would have until 11/9/07 to file any Objections to the MJ's R&R. Doc. # 27. However, with trial to commence on 11/5/07, such will be moot. Meanwhile, the Court has reviewed the R&R and *ADOPTS* it without prejudice to Starr's right to hereafter object, either prior to and/or at trial.

This 1st day of November, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA